UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GEM HOSPITALITY, LLC | ) | No. 18-80361 |
| (case 18-80361), | ) | (Jointly Administered) |
| PERE MARQUETTE HOTEL, LLC | ) | Chapter 11 |
| (case 18-80362), | ) | |
| PERE MARQUETTE COURTYARD, LLC, | ) | |
| (case 18-80363), | ) | |
| PERE MARQUETTE GARAGE, LLC, and | ) | |
| (case 18-80364), | ) | |
| PERE MARQUETTE GARAGE MT, LLC, | ) | |
| (case 18-80365), | ) | |
| | ) | |
| Debtors. | ) | |

## APPLICATION TO EMPLOY ATTORNEY

NOW COMES Nina Gougis, Chapter 7 Trustee, and for her Application to Employ Andrew S. Erickson as attorney for the Trustee respectfully states as follows:

1. The Debtors filed their voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on March 17, 2018.

2. These consolidated cases were each converted to Chapter 7 cases, and Nina Gougis has been appointed as the Chapter 7 Trustee in each.

3. It is likely that the Trustee will commence litigation under 11 U.S.C. §§544, 547, 548 and/or 549 to avoid and recover property of the estate.

4. The applicant proposes to hire Andrew S. Erickson, P. O. Box 438, Decatur, Illinois 62525, tel. (217) 425-1515, as attorney for the Trustee. Mr. Erickson is also a Chapter 7 Trustee and routinely represents Chapter 7 Trustees in avoidance and recovery actions under 11 U.S.C. §§544, 547, 548 and, 549.

2

5. The Trustee proposes to pay the aforesaid attorney a contingency fee of one-third of any amount recovered, plus expenses, either through settlement or litigation of any bankruptcy adversary causes of action which arise under Sections 547, 548, and 549 of the United States Bankruptcy Code, and fraudulent conveyance actions under Section 544, with no fees but expenses to be paid absent a recovery. The Trustee proposes to pay the aforesaid attorney $250.00 an hour as an hourly rate plus expenses for all other legal work which an attorney might perform for the Trustee through adversary proceedings, contested matters, real estate transactions, and lien avoidance actions.

6. The applicant does not propose that attorney's fees will be charged for any matter customarily considered as a Trustee's function.

7. The applicant is informed and believes that the above-named attorney does not hold or represent an interest adverse to the bankruptcy estate and the employment of the aforesaid attorney is in the best interest of the estate. A verified statement of disinterest of the professional which the application proposes to hire is attached hereto as Exhibit "A".

WHEREFORE, Nina Gougis, Chapter 7 Trustee, respectfully prays that this Application be granted by the Court on the aforesaid terms and conditions.

/s/ Nina R. Gougis
NINA GOUGIS
Chapter 7 Trustee
411 Hamilton Blvd., Suite 1928
Peoria, Illinois 61602
Telephone: (309) 282-6325
E-mail: trusteegougis@gmail.com

3

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I caused a copy of the foregoing document to be served upon the all interested parties by electronic notice through the Bankruptcy Court's ECF/CM on this 21st day of December, 2018.

/s/ Nina R. Gougis
Chapter 7 Trustee

Nina R. Gougis
Chapter 7 Bankruptcy Trustee
P.O. Box 5693
Peoria, Illinois 61601
Phone: (309) 282-6325
Fax: (309) 279-5214
Email: trusteegougis@gmail.com