UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GEM HOSPITALITY, LLC, | ) | Case No. 18-80361 |
| | ) | Chapter 11 |
| Debtor. | ) | |

## APPLICATION TO EMPLOY ATTORNEY

NOW COMES Nina Gougis, Chapter 7 Trustee, and for her Application to Employ Christopher Ryan as attorney states as follows:

1. Debtor filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on March 17, 2018.

2. This case was converted to Chapter 7, and Nina Gougis has been appointed as the Chapter 7 Trustee.

3. Christopher Ryan currently represents Gary Matthews, individually and as representative of EM Properties, Ltd., and Monte Brannan in a lawsuit pending against the City of Peoria and Mayor Jim Ardis, individually and as mayor of the City of Peoria, in the Tenth Judicial Circuit Court, Peoria County Illinois (further identified as Case No. 19 L 49).

4. The above-referenced lawsuit alleges the following claims against the City and Mayor Ardis: breach of contract, tortious interference with contract, and tortious interference with a valid business relationship and expectancy. The recently-filed Second Amended Complaint is attached hereto as **Exhibit A**.

5. Mr. Ryan proposes to add GEM Hospitality, LLC, as a Plaintiff in the state court

proceeding.

6. The applicant proposes to hire Christopher P. Ryan, P.C., 245 NE. Perry Avenue, Peoria, IL 61603, tel. 309-637-8020 – for the limited purpose of representing GEM Hospitality, LLC in the above-mentioned lawsuit.

7. Although Mr. Ryan was listed as a creditor on GEM Hospitality's bankruptcy schedules, he has not filed a claim against the estate. The deadline for filing claims against the estate has passed. Further, Mr. Ryan waived all claims for pre-petition debt against GEM Hospitality, LLC. Said waiver is attached hereto as **Exhibit B**.

8. A one-year statute of limitations applies to the tort claims under the *Illinois Local Government and Local Governmental Employees Tort Immunity Act*. Judge Hoos, prior judge in the above-referenced state court proceeding, previously determined that this statute of limitations period would run until October 18, 2019.

9. Mr. Ryan has been involved with the above-referenced state action since its inception and is the only attorney who will be able to assert the above-referenced claims against the City and Mayor Ardis, on behalf of GEM Hospitality, LLC, prior to the October 18th deadline.

10. The Trustee proposes to pay the aforesaid attorney a contingency fee of 25% for recover below $3,000,000, less paid retainer and costs, and a contingency fee of 20%, less paid retainer and costs. In addition, Mr. Ryan will be paid a non-refundable retainer of $40,000.00, although the retainer will not be paid by the bankruptcy estate. A copy of the proposed agreement is attached hereto as

3

**Exhibit C**.

11. The applicant is informed and believes that the above-named attorney does not hold or represent an interest adverse to the bankruptcy estate and the employment of the aforesaid attorney is in the best interest of the estate. A verified statement of disinterest of the professional which the application proposes to hire is attached hereto as **Exhibit D**.

WHEREFORE, Nina Gougis, Chapter 7 Trustee, respectfully prays that this Application be granted by the Court on the aforesaid terms and conditions.

/s/ Nina R. Gougis
Nina R. Gougis, Chapter 7 Bankruptcy Trustee

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I caused a copy of the foregoing document to be served upon the all interested parties by electronic notice through the Bankruptcy Court's ECF/CM on this 3rd day of October, 2019.

*/s/ Nina R. Gougis*
Chapter 7 Trustee

Nina R. Gougis
Chapter 7 Bankruptcy Trustee
P.O. Box 5693

Peoria, Illinois 61601
Phone: (309) 282-6325
Fax: (309) 279-5214
Email: trusteegougis@gmail.com