# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

**Case No.:** 18-80361  
**Case Name:** GEM HOSPITALITY, LLC  
**For Period Ending:** 03/31/2022

**Trustee Name:** (330780) Andrew S. Erickson  
**Date Filed (f) or Converted (c):** 12/06/2018 (c)  
**§ 341(a) Meeting Date:** 04/16/2018  
**Claims Bar Date:** 07/15/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at South Side Bank- balance per 2/2018 statement (funds taken through garnishment in Feb 2018), xxxxxx8235 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Morton Community Bank, xxxxxx2916 | 73.60 | 0.00 | | 0.00 | FA |
| 3 | A/R Over 90 days old. Face amount = $7,272,062.00. Doubtful/Uncollectible accounts = $0.00. | 7,272,062.00 | 0.00 | | 0.00 | FA |
| 4 | 88% membership interest in Pere Marquette Hotel, LLC. | Unknown | 0.00 | | 0.00 | FA |
| 5 | 99% membership interests in Pere Marquette Courtyard, LLC, Pere Marquette Garage, LLC and Pere Marquette Garage MT, LLC. | Unknown | 0.00 | | 0.00 | FA |
| 6 | .01% Membership interest in Pere Marquette Historic, LLC. | Unknown | 0.00 | | 0.00 | FA |
| 7* | Potential 548 Claim against EM Properties, LTD (u) (See Footnote) | 0.00 | 1,006,000.00 | | 0.00 | 1,006,000.00 |
| 8* | Preferential 548 Claim against Brannan & Company, LLC (u) (See Footnote) | 0.00 | 660,000.00 | | 0.00 | 660,000.00 |
| 9 | Potential Preference Claim against INDURE Build To Core LLC (u) | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Potential Preference Claim against Marriott International (u) (u) | 0.00 | 259,100.00 | | 0.00 | FA |
| 11 | Potential Preference Claim against Thyssenkrupp Elevator Corporation (u) (u) | 0.00 | 6,999.04 | | 0.00 | FA |
| 12 | Potential Preference Claim against Lowis & Gellen, LLP (u) (u) | 0.00 | 50,025.00 | | 0.00 | FA |
| 13 | Potential Claim against City of Peoria (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 13 | **Assets Totals** (Excluding unknown values) | **$7,272,135.60** | **$1,982,124.04** | | **$0.00** | **$1,666,000.00** |

RE PROP# 7     Default judgment entered 5/1/20. Likely uncollectible.

RE PROP# 8     Default judgment entered 5/12/20. Likely uncollectible.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 18-80361  
**Case Name:** GEM HOSPITALITY, LLC  
**For Period Ending:** 03/31/2022

**Trustee Name:** (330780) Andrew S. Erickson  
**Date Filed (f) or Converted (c):** 12/06/2018 (c)  
**§ 341(a) Meeting Date:** 04/16/2018  
**Claims Bar Date:** 07/15/2018

**Major Activities Affecting Case Closing:**

Appointed successor trustee on 12-9-19. Prior trustee retained Attorney Chris Ryan to pursue tortious interference claim and breach of contract claim against City of Peoria. I have adversary judgments against former managers as well, but those are uncollectible. All other preference claims have valid defenses and are not recoverable. I have abandoned claim against City. This likely will be an NDR case as the judgments I have appear uncollectible.

To do: File adversary complaints on preferential payments (3/17/2020)

10.23.19 - Adversary against Brannan voluntarily dismissed due to lack of standing. GEM joined Matthews in lawsuit against the City of Peoria (tortious interference with business relations), in beginning stages. Requests for voluntary turnover of preferential payments sent.

Adversary against Gary Matthews (19-8025) and Monte Brannan (19-8024) for fraudulent transfers

**Initial Projected Date Of Final Report (TFR):** 03/17/2021  
**Current Projected Date Of Final Report (TFR):** 12/15/2022

05/12/2022  
Date

/s/Andrew S. Erickson  
Andrew S. Erickson